UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CRESCENT & SPRAGUE SUPPLY CO., INC.,** | : | Civil Action 2:15-CV-100 |
| | : | Judge Frost |
| Plaintiff, | : | Magistrate Judge King |
| v. | : | |
| | : | **JOINT MOTION TO CONTINUE MARCH 18, 2015 PRELIMINARY PRETRIAL CONFERENCE** |
| **RE-LIGHT RECYCLING, LLC, JEFFREY M. HOWE and DEBORAH S. HOWE,** | : | |
| | : | |
| Defendants. | : | |

Plaintiff, Crescent & Sprague Supply Co., Inc., by and through counsel, Jared T. Erb, and Defendants Re-Light Recycling, LLC, Jeffrey M. Howe and Deborah S. Howe, by and through counsel, Michelle L. Gorman and the law firm of Mannion and Gray Co., L.P.A., and Michael L. Fortney and the law firm of Fortney & Klingshirn, request that this Court enter an Order granting a continuance of the March 18, 2015 Preliminary Pretrial Conference. The parties assert the following grounds of good cause for this request for continuance.

The Defendants executed a Waiver of Service such that the Answer to the Complaint is not due until March 31, 2015. The Answer to the Complaint will contain a Counterclaim. Therefore, a March 18, 2015 Preliminary Pretrial Conference may be premature as the Plaintiff will not have information regarding the allegations contained in the Counterclaim. All parties are in agreement that a brief continuance of thirty (30) days may be appropriate to allow for the filing of an Answer, a Counterclaim and an Answer to the Counterclaim.

The parties respectfully submit that this motion is not submitted for the purpose of causing any undue delay.

WHEREFORE, the Plaintiff and the Defendants respectfully request this Court to continue the March 18, 2015 Preliminary Pretrial Conference to a date and time convenient to the Court and the parties.

Respectfully submitted,

/s/ Jared T. Erb
Jared T. Erb
Ohio State Bar No. 0088665
**JARED T. ERB, ATTORNEY-AT-LAW**
609 Putnam Street
Marietta, OH  45750
Telephone:  740-350-8212
Facsimile:   740-373-1934
jaredterb@gmail.com
*Counsel for Plaintiff*

Respectfully submitted,

/s/ Michael L. Fortney
Michael L. Fortney
Ohio State Bar No. 0032878
Joseph R. Spoonster, III
Ohio State Bar No. 0070863
**FORTNEY & KLINGSHIRN**
4040 Embassy Parkway, Suite 280
Akron, Ohio 44333
Telephone:  330-665-5445
Facsimile:   330-665-5446
fortney@fklaborlaw.com
jspoonster@fklaborlaw.com
*Counsel for Defendants*

/s/ Michelle L. Gorman
Michelle L. Gorman
Ohio State Bar No. 0066493
**MANNION & GRAY CO., L.P.A.**
3401 Pennsylvania Avenue, Suite B
Weirton, WV  26062
Telephone:   304-224-2006
Direct Dial:  304-224-2526
Facsimile:    304-224-2263
mgorman@manniongray.com
*Co-Counsel for Defendants*