IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CRESCENT & SPRAGUE**
**SUPPLY CO., INC.**

    **Plaintiff,**

                    **Civil Action 2:15-cv-100**
    **vs.**                  **Judge Frost**
                    **Magistrate Judge King**

**RE-LIGHT RECYCLING, LLC,**
*et al.*,

    **Defendants.**

## ORDER

Upon joint motion, Doc. No. 14, the preliminary pretrial conference currently scheduled for March 18, 2015 is **CONTINUED** to April 23, 2015, at 1:30 p.m.

                                              *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
                                        United States Magistrate Judge
March 10, 2015