### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **CRESCENT & SPRAGUE SUPPLY CO., INC.,** | : | **Civil Action 2:15-CV-100** |
| | : | **Judge Frost** |
| **Plaintiff,** | : | **Magistrate Judge King** |
| v. | : | |
| | : | |
| **RE-LIGHT RECYCLING, LLC, JEFFREY M. HOWE and DEBORAH S. HOWE,** | : | **STIPULATION OF DISMISSAL** |
| | : | |
| | : | |
| **Defendants.** | : | |

The Court has been notified of settlement by the parties. Accordingly, the Court **DISMISSES** this case, **WITH PREJUDICE.**

The parties shall bear their own costs and expenses.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:

/s/ GREGORY L. FROST

~~MAGISTRATE JUDGE NORAH MCCANN KING~~

JUDGE GREGORY L. FROST

Prepared by:

*/s/ Michelle L. Gorman*
Michelle L. Gorman
Ohio State Bar No. 0066493
**MANNION, GRAY, UHL & HILL CO., L.P.A.**
3401 Pennsylvania Avenue, Suite B
Weirton, WV 26062
Telephone: 304-224-2006
Facsimile: 304-224-2263
mgorman@manniongray.com
*Co-Counsel for Defendants*

Seen and approved by:


_/s/ Michael L. Fortney_

Michael L. Fortney

Ohio State Bar No. 0032878

Joseph R. Spoonster, III

Ohio State Bar No. 0070863

**FORTNEY & KLINGSHIRN**

4040 Embassy Parkway, Suite 280

Akron, Ohio 44333

Telephone:  330-665-5445

Facsimile:  330-665-5446

fortney@fklaborlaw.com

jspoonster@fklaborlaw.com

***Counsel for Defendants***


_/s/ Jared T. Erb_

Jared T. Erb

Ohio State Bar No. 0088665

609 Putnam Street

Marietta, OH  45750

Telephone:  740-350-8212

Facsimile:  740-373-1934

jaredterb@gmail.com

***Counsel for Plaintiff***